# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D18-2935

————————————————

C. C.,

Petitioner,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES, THE GUARDIAN AD
LITEM, and JEWISH FAMILY
SERVICES,

Respondents.

————————————————

Petition for Writ of Mandamus—Original Jurisdiction.

September 25, 2018

PER CURIAM.

The petition for writ of mandamus is denied on the merits. *See Clark v. Nichols M. N. P.*, 225 So. 3d 416 (Fla. 1st DCA 2017) (holding that to be entitled to mandamus relief compelling a ruling on a pending matter, a petitioner must demonstrate that he has noticed the matter for hearing in the lower tribunal).

WOLF, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

C.C., pro se, Petitioner.

Ward L. Metzger, Appellate Counsel, Children's Legal Services, Jacksonville, for Respondent Department of Children and Families.

No appearance for Guardian ad Litem or Jewish Family Services, Respondents.